**In re: Martin VELOZ, a/k/a Mayobanex DeJesus Adames, Petitioner.**

No. 07–2841.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. July 13, 2007.

Filed: July 26, 2007.

---

1. To the extent that Ferguson requires a certificate of appealability to pursue his appeal, we decline to issue one.

Martin Veloz, Philadelphia, PA, pro se.

Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

## OPINION

PER CURIAM.

On June 21, 2007, Martin Veloz, a.k.a. Mayobanex Dejesus Adames, filed a petition for writ of mandamus requesting that we direct the District Court to enter a judgment of sentence in his criminal case. On June 22, 2007, the District Court entered the judgment of sentence. In light of the District Court's action, the question Veloz presented is no longer a live controversy, so we will deny the petition as moot. *See, e.g., Lusardi v. Xerox Corp.,* 975 F.2d 964, 974 (3d Cir.1992).